**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

GREGORY L. BARNES,         )
                                )
         Plaintiff,       )
                                )     Case No.  1:16-cv-08278
     v.                  )
                                )     Honorable Virginia M. Kendall
BOARD OF TRUSTEES OF THE   )
UNIVERSITY OF ILLINOIS and   )     Magistrate Judge Jeffrey Gilbert
MARK DONOVAN, individually,   )
                                )
         Defendants.    )

# EXHIBIT A

**TO
DEFENDANT MARK DONOVAN'S LOCAL RULE 56.1(A)(3)
STATEMENT OF UNCONTESTED MATERIAL FACTS IN SUPPORT
OF HIS MOTION FOR SUMMARY JUDGMENT**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

GREGORY L. BARNES,  )
)
          Plaintiff,  )
)    Case No.  1:16-cv-08278
v.  )
)    Honorable Virginia M. Kendall
BOARD OF TRUSTEES OF THE  )
UNIVERSITY OF ILLINOIS and MARK  )    Magistrate Judge Jeffrey Gilbert
DONOVAN, individually,  )
)
          Defendants.  )

**DECLARATION OF DEFENDANT MARK DONOVAN
IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT**

Mark Donovan declares as follows:

1.    I am an individual over 18 years of age.  I make this declaration on personal knowledge and, if called as a witness, I could competently testify to the matters contained herein.

2.    I am the former Vice Chancellor of Administrative Services at the University of Illinois at Chicago ("UIC").  I began my career at UIC in June 1984 and retired on March 31, 2017.  My race is Caucasian.

3.    The University of Illinois at Chicago ("UIC") is a comprehensive public university and major health system. It is one of three campuses known as the University of Illinois, overseen by The Board of Trustees of the University of Illinois ("The Board".) UIC's campus facilities include over 100 buildings, a hospital, and extensive research operations.

4.    As Vice Chancellor of Administrative Services, I served as the chief administrative officer for the UIC campus responsible for most of the non-academic activities on campus and oversaw numerous departments, including UIC Capital Programs, Environmental Health and Safety, Facility Information Management, Facilities Management, Facility and Space

Planning, Mail Services, The Office of Sustainability, Preparedness and Response, University Police and Utilities.

5.      The UIC Facilities Management Department is responsible for the maintenance and physical operation of the buildings and systems supporting UIC's teaching, research, public service, and patient care functions.   Heat, Light, and Power is a division of Facilities Management and is responsible for the maintenance of campus heating, ventilating and air conditioning equipment and systems.

6.      The engineer positions in the UIC Heat Light and Power division are civil service positions in State University Civil Service System ("SUCSS") Steam and Power Plant series. Hiring and promotion for these engineer positions is governed, in part, by civil service rules.

7.      The SUCSS Steam and Power Plant Series lists five categories of positions. Steam and Power Plant III is the civil service name for an operating engineer; Steam and Power Plant IV is the civil service name for an assistant chief operating engineer; and Steam and Power Plant V is the civil service name for a chief operating engineer.

8.      UIC has three chief operating engineers (east campus, west campus, utilities) (Steam and Power Plant V) who report to me.   Assistant chief operating engineers (Steam and Power Plant IV) report to the chief operating engineers.   The east campus and west campus each have multiple assistant chief operating engineers.   Operating engineers report to the assistant chief operating engineers and the chief operating engineer.

9.      SUCSS determines if individuals are qualified for the engineer positions in the Steam and Power Plant Series.   Interested individuals test for the positions (complete the requisite civil service exam).   SUCSS ranks the scores of the test takers and generates a register of qualified candidates.   Individuals are listed on the register in order of test scores.   When

positions in that series open, the candidates are drawn from interested individuals whose names appear on the register.

10. The civil service exam scores only determine who will be interviewed and they are not shared with me.

11. In December 2015, John Gilmartin, the chief operating engineer for UIC's west campus, unexpectedly retired. I determined UIC needed to fill the position, and UIC posted the open job (the formal civil service title for the position is Steam and Power Plant V). A true and correct copy of the job posting is attached hereto as **Exhibit 1**.

12. I viewed the chief operating engineer position as a leadership position that required experience and knowledge of a high pressure steam and hot water system, chilling and all air handling systems, and related mechanical systems. The chief operating engineer also develops plans to preserve campus assets.

13. In my opinion, the chief operating engineer must be organized in the supervision of employees by thoughtfully assigning and controlling work based on particular skill sets and previous training. The chief operating engineer is responsible for supervising multiple assistant chiefs and approximately 40-45 staff.

14. The chief operating engineer interacts with campus students, faculty and staff. The chief operating engineer must have strong interpersonal skills and be able to manage multiple requests for service at times when staff size is limited.

15. I viewed the job description for the chief operating engineer position, which I did not author, to be a summary of the functions to be performed by the individual in that role. It does not list each trait that would make a person successful in the chief operating engineer role.

16.     The chief operating engineer for the west campus is responsible for the continued operation and planning for administrative buildings; all of the UIC health sciences colleges (the College of Medicine, the College of Pharmacy, the College of Dentistry, the School of Public Health, the College of Health Sciences, and the College of Nursing); various auxiliary buildings; dormitory housing for students; and the UI Hospital and an Outpatient Care Center. The chief operating engineer must stay informed on the current state of energy technology related to building systems.

17.     In February 2016, I interviewed eleven candidates for the chief operating engineer position from the civil service register.  Nine of the candidates are Caucasian and two are African American.  Ten of the eleven candidates had experience as assistant chief operating engineers at UIC.

18.     There are no rules or practices regarding how interviews are conducted. (It is determined by the hiring department on a case-by-case basis.  There is no requirement on the number of interviews conducted for a civil service position or how many people conduct interviews. There is no requirement that candidates be ranked following the interview.

19.     The chief plant operating engineer over utilities previously reported to a different person in the UIC hierarchy other than me.  At that time, myself and the other administrator jointly interviewed the chief operating engineer candidates.  Once all chief plant operating engineers reported to me, I conducted the interviews for that position by myself.

20.     Unlike with academic professional positions, civil service candidates have already been screened for qualifications by the time they interview with me.  Where individuals had not had their qualifications prescreened, I could choose to include others in the interview process, but I retained the final decision making authority.

4

21.     Based on the candidate interviews, I concluded that Mr. Civito was the best candidate for the open chief operating engineer position in February 2016.  Mr. Civito came to his interview fully prepared, and brought extensive materials with him, including:  his Civil Service application; his resume; a letter of reference from the Village of Downers Grove, Illinois; a detailed narrative history of his previous positions; his solution to solve a set of inter-related problems with UIC building 940; the training he developed to teach engineers about working with Automatrix Computer and Software; the training he developed to teach engineers about a 400 Hz electrical system; a Meyers-Briggs Type Indicator Interpretive Report; printouts of the courses he took at UIC, including "Managing for Accountability: Assigning Work and Delegating Successfully"; "Customer Service Fundamentals"; "Getting Things Done"; "Results Oriented Communication.   A true and correct copy of Anthony Civito's Civil Service Application and all supporting materials are attached hereto as **Exhibit 2**.

22.     I also concluded that Mr. Civito was the best candidate for the position because Mr. Civito was a well-rounded engineer with more than 20 years of experience, including working as a senior head engineer and leading a large team for a company operating Midway Airport in Chicago.  In that role Mr. Civito supervised an operation that grew to 43 mechanics, eight dispatchers, three operating engineers, three assistant engineers, seven bag runners, four jammers, and six mechanical scanners.

23.     Mr. Civito also had five years of experience working at UIC, most recently as an assistant operating engineer.

24.     I selected Mr. Civito because, in my opinion, Mr. Civito articulated the most thoughtful approach to taking over the chief operating engineer position.  Mr. Civito addressed specific examples of teaching and leading his subordinates; shared concrete examples of teaching

5

concepts to subordinates; demonstrated a commitment to continued education and learning and had a shared plan to reduce overtime expenses during a period of unprecedented budget pressures at UIC.

25.     I was impressed with Mr. Civito's initiative.  I viewed Mr. Civito's commitment to his own professional development through continuing course work to be attributes which would make him a good chief operating engineer.  For example, Mr. Civito voluntarily registered for and completed courses at UIC such as "Managing for Accountability: Assigning Work and Delegating Successfully", "Leadership Essentials", "Customer Services Fundamentals", "Getting Things Done" and "Results Oriented Communication."

26.     Likewise, I considered Mr. Civito's concrete examples of training materials provided to his team to demonstrate a level of commitment and initiative I believed would make Mr. Civito a good chief.  For example, Mr. Civito provided a manual he created for his team (including step-by-step instructions and photographs) regarding working with the Automatrix software and computers.  I viewed this as an excellent example of Mr. Civito's initiative and leadership skills.

27.     I appreciated Mr. Civito's articulation of the need for assistant chiefs to spend less time in the office and more time in campus buildings identifying problems and planning for the future.

28.     In his interview, Mr. Civito also offered a concrete plan for revamping operating engineer shift picks which would reduce labor costs at UIC.  I viewed this plan as well thought out and demonstrated that Mr. Civito thinks like a leader.

6

29.     I was also impressed with Mr. Civito's discussion of how he lead a project to keep a UIC dental building, a west campus building, that was in the middle of substantial repairs, open when the State of Illinois halted funding for the project due to state budget issues.

30.     I did not have a cross training program, but considered opportunities for cross training where individuals expressed an interest.  Gregory Barnes never expressed such an interest to me.

31.     Some of the examples Mr. Civito used in his interview, including work done on the dental building, showed strong insights on what needed to be done on the west campus. West campus experience was not a requirement for the position, but Mr. Civito's insights on proposed priorities made him stand out as a candidate.  Others with west campus experience were not selected for the position.

32.     I did not consider race in making my selection of Mr. Civito for the chief operating engineer position.

33.     I did not review the personnel files of the candidates as part of the selection process.  I did not consider performance evaluations.  Because these were union positions, I did not believe that the reviews were a good indicator of performance or readiness to advance to the next level.

34.     While all of the candidates were qualified for the job, I honestly believed that Mr. Civito was the most qualified individual among the candidates.

35.     I approved Gregory Barnes' hiring as an operating engineer and his promotion to assistant chief operating engineer.

36.     I filled the chief operating engineer position for the east campus in 2007 and selected Andy Barrett for the position.  There were no African American candidates in the

applicant pool, but I encouraged James Jones (African American) to pursue the position. Mr. Jones declined to do so.

37.     I filled the chief operating engineer position for the west campus in 2007 and selected John Gilmartin for the position. Only one individual in the applicant pool was African American.

38.     I filled the chief operating engineer position for the utilities department in 2012. I offered Earl Carter (African American) the interim role and encouraged Mr. Carter to seek the position on a full-time basis. Mr. Carter opted to retire instead, and there were no other African American candidates in the applicant pool.

39.     The Chief of Police for the UIC Police Department also reports directly to me. In 2015, I hired Chief Kevin Booker (African American) as the head of campus police force. Because this was an Academic Professional position and not a Civil Service position, I utilized a search committee, but I made the hiring decision.

40.     I also hired Mr. Clarence Bridges (African American) and promoted him several times. Mr. Bridges is now the Executive Director of Operations and Maintenance.

41.     I also hired other African Americans who serve in key university roles, including: Wanda Perry, Director of Parking; Michael McGowan, Director of Mail Services; Winston Atwater, Superintendent of Maintenance; James Henderson, retired Associate Director of Operations and Maintenance.

42.     I also promoted Calvin Nash to Foreman of Pipefitters. Mr. Nash was the first African American foreman of any of the trades at UIC.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
Mark Donovan

33160696.1

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

GREGORY L. BARNES,          )
                                      )
          Plaintiff,     )
                                      )   Case No.  1:16-cv-08278
     v.                      )
                                      )   Honorable Virginia M. Kendall
BOARD OF TRUSTEES OF THE   )
UNIVERSITY OF ILLINOIS and   )   Magistrate Judge Jeffrey Gilbert
MARK DONOVAN, individually,   )
                                        )
          Defendants.   )

# EXHIBIT 1

## TO DECLARATION OF MARK DONOVAN

ob Details: Steam and Power Plant V

Page 1 o:



Job Details

| | |
|---|---|
| Title: | Steam and Power Plant V (Job ID #54856) |
| Classification: | Steam & Power Plant V(4994) |
| Department: | Facilities Management |
| Category: | Civil Service |
| Location: | Chicago |
| Close Date: | 12/31/2015 |
| Hours Per Week: | open |
| Description: | The SPP V reports to the Vice Chancellor for Administrative Services. Through the SPP V and the Pipefitter Foremen, the SPP V directs the activities of designated SPP III, Pipefitters, and SPP I |

Duties:

35% Supervises the day to day operation of the Heat, Light and Power Division. Supervises emergency repairs and adjustments. Approves time cards and assignments of personnel

25% Formulates and implements operating and maintenance procedures, such as preventive maintenance schedules and inventory programs

10% Supervises the preparation of utilities reports, (such as, water tests and boiler efficiency reports), and makes recommendations for improved methods of operation

10% Acts as liaison between the division and the campus community

10% Acts as liaison between the division and contractors working on Heat, Light and Power projects

5% Interviews, hires, and evaluates job performance for Heat, Light and Power employees. Also interviews for all new HLP/Utilities employees

5% Performs related duties as assigned.

Qualifications:
1 Bachelor's degree in engineering, business administration or a closely related field

**OR**

Five (6) years (60 months) of relevant experience in a utility plant environment.

2 Two (2) years (24 months) in a supervisory role comparable to that described for the next lower-level in this series

3 Possession of current/valid licenses and certificates, as required by the employing institution.

To Apply: For fullest consideration, please complete an online application by clicking the Proceed to Application button below AND submit an Exam Request for C88967- Steam and Power Plant V.

If a degree or college coursework is required you must provide official transcripts.

Transcripts/Licenses/Certifications MUST be uploaded electronically to your online application through the "Documents" page on the Civil Service Employment Application (page 4). Be sure to select the appropriate document type before uploading the document

Documentation of high school completion (official transcripts, copy of diploma or GED certificate) may be required in order to be eligible for this position within the University of Illinois Hospital and Health Sciences System

BOARD-0867

5/6/2016

If your educational institution doesn't provide electronic transcripts they must mail the transcripts to:

University of Illinois at Chicago
Recruitment and Staffing
Human Resources Building Room 109
715 S. Wood Street M/C 862
Chicago IL 60612
Attn: C88967 - Steam and Power Plant V - GM

When completing your online application, please be sure to provide detailed information about your job knowledge and specific duties and responsibilities, as your qualifications for any Civil Service position will be primarily determined based on what is contained in the application. Dates of employment and if employed on a full or part time basis (including number of hours per week) must be indicated for each position held. Additional consideration will be given to supporting documentation i.e. resume, transcripts, licenses, and certifications so please be sure to attach all applicable documents.

**If an application and exam request are not submitted by the close date, the applicant/employee will not be considered and the exam request will be denied.**

For fullest consideration, the above mentioned requirements must be submitted no later than **Thursday, December 31, 2015**

We appreciate your interest in employment at the University of Illinois at Chicago

The University of Illinois is an Affirmative Action/Equal Opportunity Employer

| Proceed to Application |

| Back to Job Board |

The University of Illinois at Chicago is an Equal Opportunity, Affirmative Action employer. Minorities, women, veterans and individuals with disabilities are encouraged to apply

The University of Illinois may conduct background checks on all job candidates upon acceptance of a contingent offer. Background checks will be performed in compliance with the Fair Credit Reporting Act.



**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

GREGORY L. BARNES,        )
                                )
        Plaintiff,      )
                                )     Case No.  1:16-cv-08278
        v.               )
                                )     Honorable Virginia M. Kendall
BOARD OF TRUSTEES OF THE   )
UNIVERSITY OF ILLINOIS and   )     Magistrate Judge Jeffrey Gilbert
MARK DONOVAN, individually,  )
                                )
        Defendants.    )

# EXHIBIT 2

# TO DECLARATION OF MARK DONOVAN

Wednesday 2/10/16 @ 3:00 pm

# University of Illinois Chicago Campus
### Civil Service Application
*The University of Illinois is an Affirmative Action Equal Opportunity Employer*

## Personal Data

| | | | |
|---|---|---|---|
| **Position Applying for** Civil Service | | | |

| First name | Middle | Last Name | Suffix |
|---|---|---|---|
| Anthony | | Civito | |

**Mailing Address**

| City | State | Postal Code |
|---|---|---|
| | | |

| County | Country |
|---|---|
| Cook | United States |

| Home Phone | Work Phone | Cell Phone |
|---|---|---|
| | | |

**Email**
civito@sbcglobal.net

| | |
|---|---|
| Are you legally authorized to work in the U.S.? | [ x ] Yes   [ ] No |
| Are you under the age eighteen? | [ x ] Yes   [ ] No |
| Highest Grade Level | 1 Year College |
| Current UI Employment Status | Current Permanent Civil Service Employee |
| Preferred Location(s) | Chicago, UI Health. |
| Birth month and day: | April, 09. |
| Last 4 Digits of SSN: | 2536 |
| User Name: | car2be |

## Relatives employed by or on the Board of Trustees of the University of Illinois
NONE

## Additional Information

| Type of work | Position available | Days Available to work | Hours available | Available to start work | Contact at work |
|---|---|---|---|---|---|
| Technical | Full-Time | Any | Any | 10/24/2011 | Yes |

| License denied, suspended, and/or revoked | If yes, please explain: |
|---|---|
| NO | NONE |

| Have you ever been convicted of a crime? | If yes, please describe in detail: |
|---|---|
| NO | NONE |

## Employment History

| Job Title | Organization Name ( Current ) | City | State | Country |
|---|---|---|---|---|
| Assistant Chief | UIC | chicago | IL | United States |

| Supervisors Name | Supervisors Phone Number | Reason for Leaving | Annual Salary |
|---|---|---|---|
| Andy Barrett | 3129965149 | N/A | |

| Hourly Rate | Hours per week | Full/Part Time | Date Start |
|---|---|---|---|
| 48 | 40 | Full-Time | July 21 , 2012 |

Duties •Day to day operation of all service calls for HVAC Equipment •Follow orders given from Chief of Engineering •Instrumental in getting work orders to the proper trades for repairs •Repaired various types of HVAC equipment located on East and West campus •Daily temperature change to all VAV boxes with pneumatic and DDC controls •Responding to Fire systems and safety calls to the proper crews for action •Handing out all readings and rounds of all Electrical gas and cold water supply to Engineers •Daily entering of payroll and time sheet into log books •Worked with all Engineers and building crews to gain knowledge of operation •Work with contractors on repairs of High temp converts and Medium temp equipment •Calibrated and monitored all aspects of building equipment •Daily ordering of parts and equipment •Day to day operation of all service calls for HVAC Equipment •Follow orders given from Chief of Engineering •Instrumental in getting work orders to the proper trades for repairs •Repaired various types of HVAC equipment located on East and West campus •Daily temperature change to all VAV boxes with pneumatic and DDC controls •Responding to Fire systems and safety calls to the proper crews for action •Handing out all readings and rounds of all Electrical gas and cold water supply to Engineers •Daily entering of payroll and time sheet into log books •Worked with all Engineers and building crews to gain knowledge of operation •Work with contractors on repairs of High temp converts and Medium temp equipment •Calibrated and monitored all aspects of building equipment •Day to day operation of all service calls for HVAC Equipment •Follow orders given from Chief of Engineering •Instrumental in getting work orders to the proper trades for repairs •Repaired various types of HVAC equipment located on East and West campus •Daily temperature change to all VAV boxes with pneumatic and DDC controls •Responding to Fire systems and safety calls to the proper crews for action •Handing out all readings and rounds of all Electrical gas and cold water supply to Engineers •Daily entering of payroll and time sheet into log books •Worked with all Engineers and building crews to gain knowledge of operation •Work with contractors on repairs of High temp converts and Medium temp equipment •Calibrated and monitored all aspects of building equipment •Daily ordering of parts and equipment •City of Chicago Stationary Engineer License #EN11327•EPA, CFC Universal License #2253476•OSHA 10-hour Occupational Safety•Homeland Security Preparedness•Rockwell Automation Logix 5000•The Color of Heat, Peerless Co•Steam Heating, Mid Lakes Distributors•Compressor Courses, TEC•Forced Air System, TEC•Safety Operations, TEC•Generator Operation, Association of Chicago•Licensed CDL class B driver•Basic Boiler Operation, Triton College•Advance DDC Controls, Triton College•Basic Electricity, Triton College•Automation, Direct Digital and Pneumatic Controls, Triton College•Refrigeration and Air Conditioning– Class II, Triton College•Completing a AS degree in building Engineering at College of Dupage

| Prior Name Used | |
|---|---|
| | |

| Job Title | Organization Name ( Previous ) | City | State | Country |
|---|---|---|---|---|
| Operating Engineer | UIC | Chicago | IL | United States |

| Supervisors Name | Supervisors Phone Number | Reason for Leaving | Annual Salary |
|---|---|---|---|
| Andy Barrett | 3129962818 | | |

| Hourly Rate | Hours per week | Full/Part Time | Date Start | Date End |
|---|---|---|---|---|
| 42.30 | 40 | Full-Time | April 04 , 2011 | July 18 , 2012 |

Duties Operating Engineer east side. Daily rounds worked on all HVAC equipment. Start up of all heating and cooling pumps and equipment.

Prior Name Used

| Job Title | Organization Name ( Previous ) | City | State | Country |
|---|---|---|---|---|
| Senior Head Enginer | MDW | chicago | IL | United States |

| Supervisors Name | Supervisors Phone Number | Reason for Leaving | Annual Salary |
|---|---|---|---|
| Jackie Rodriguez | ███████ | To enhance my career as an OperatingEngineer | |

| Hourly Rate | Hours per week | Full/Part Time | Date Start | Date End |
|---|---|---|---|---|
| 37 | 40 | Full-Time | April 02 , 2002 | April 01 , 2011 |

Duties Run the day to day operation of 30 mechanics, engineers, and helpers. Work on (2) 250 ton chillers, 400Hz generated power, new leds conveyor system, check 42high static air handling units, HVAC north and south wing of airport, domestic water heaters, fire system, variable types of pumps, (6) 250000btu boilers, maintain ejector and grinder pumps, check variable freq drives, maintain and control all aspects of airport operations.

Prior Name Used

| Job Title | Organization Name ( Previous ) | City | State | Country |
|---|---|---|---|---|
| Engineer | P.B.P | chicago | IL | United States |

| Supervisors Name | Supervisors Phone Number | Reason for Leaving | Annual Salary |
|---|---|---|---|
| Paul Telle | ███████ | | |

| Hourly Rate | Hours per week | Full/Part Time | Date Start | Date End |
|---|---|---|---|---|
| 33.00 | 80 | Full-Time | April 01 , 2001 | April 01 , 2011 |

Duties looking to work with UIC still working at Midway airport as head Engineer on 1st shift

Prior Name Used

## Military
NONE

## High School Education

| High School Status | Currently Attending | Start Date | End Date | Graduated | Graduation Date |
|---|---|---|---|---|---|
| High School Grad | No | September 1989 | June 1993 | Yes | June 1993 |

## College Education

| Name / Address | Start Date | End Date | Graduated | Degree Date | Hours Earned | GPA | Degree | Major/Minor |
|---|---|---|---|---|---|---|---|---|
| College Of DuPage | | | | | | | | |

## Certifications
NONE

## Driver's License
NONE

## Language

| Language | Read | Write | Speak | Translate | Teach | Native |
|---|---|---|---|---|---|---|
| Latin | Yes | No | Yes | No | Yes | No |

## Licenses

| License Name | License Status | Aquisition Date | Renewal Date | Expiration Date | Issuing Agency | License Number | State of Issue | Nation of Issue |
|---|---|---|---|---|---|---|---|---|
| Stationary Engineer | Active | March 25 , 2009 | February 01 , 2014 | March 31 , 2014 | City of Chicago | en11327 | Illinois | United States |

## References

| Name and Title | Address | Business Name | Phone Number | Email | Business/Personal |
|---|---|---|---|---|---|
| Andy Barrett | ███████ | ██████ | ██████ | | Professional |
| Paul Telle | ███████ | | ██████ | | Professional |

## Skills

| Skill | Comment |
|---|---|
| Engineer | HVAC back ground and all types of mechanical background |

## Additional Comments

Hard worker willing to grow with UICWorking at UIC as an Operating Engineer 4/4/2011Assistant Chief july-4th 2012

CONFIDENTIAL

*I certify that to the best of my knowledge the information provided to the University of Illinois in my application and attached documentation is true and complete. I understand that false answers, statements or omissions of any information requested here shall be sufficient grounds for disqualification from employment or immediate termination of employment.*

*I understand that as a condition of my employment I may be required to undergo a medical examination and/or fitness to work assessment, including drug testing.*

*I give the University of Illinois permission to investigate my past educational record, criminal history background, employment history and related activities releasing persons, companies or agencies supplying such information from liability. Additionally, the University may verify whether I am prohibited from participation in federal or state health care programs due to fraud, abuse or misconduct. This participation extends to all mandated governmental exclusion listings. By submitting this application, I understand that my inclusion on a state or federal exclusion list may invalidate any offer of employment or require my immediate termination of employment.*

*Submitting this application to the University of Illinois does not obligate the University of Illinois, the State Universities Civil Service System, or any institution or agency served by it nor does it indicate that there are positions open.*

Acknowledgement Received : August 28, 2013  8:30 AM

Anthony   Civito

CONFIDENTIAL

Anthony Civito

Home:
Cell:
E-MAIL:

*Objective:*
To acquire a position at UIC; I am also looking to expand my knowledge as I grow in my career, I will provide a safe productive and efficient working environment with my diverse work history.

*Professional History:*
*Work Experience*
**UIC University of Illinois at Chicago**
<u>**Assistant Chief Engineer 4/4/11- Present**</u>

- Day to day operation of all service calls for HVAC Equipment
- Follow orders given from Chief of Engineering
- Instrumental in getting work orders to the proper trades for repairs
- Repaired various types of HVAC equipment located on East and West campus
- Daily temperature change to all VAV boxes with pneumatic and DDC controls
- Responding to Fire systems and safety calls to the proper crews for action
- Handing out all readings and rounds of all Electrical gas and cold water supply to Engineers
- Daily entering of payroll and time sheet into log books
- Worked with all Engineers and building crews to gain knowledge of operation
- Work with contractors on repairs of High temp converts and Medium temp equipment
- Calibrated and monitored all aspects of building equipment
- Daily ordering of parts and equipment

<u>**Senior Chief Engineer 4/10/02- 4/1/11**</u>
Professional Business Providers, Midway Airport, Chicago

Responsible for maintenance operation, general day-to-day work load, aircraft gate striping, potable water equipment, ground power equipment, triturator equipment, flight information, electric MCP panels, pre-conditioned air equipment, baggage handling equipment, passenger loading bridges, Training and development of a maintenance staff consisting of 28 mechanics, 5 encoders and 6 dispatchers

**Equipment responsibilities include:**

- A PLC based baggage handling system totaling 2.5 linear miles of conveyor with over 1500 3-phase motors, gearboxes and 500 variable frequency drives

- 43 PLC based passenger-loading bridges
- 5-400-hertz generators totaling 1900 kva and output of 578volt at 400hz
- Trane model RTHC screw chillers totaling 900 tons-refrigeration 134a.
- 43 high volume, high velocity air-handlers
- Carrier model 30RB 150 rooftop scroll chillers totaling 450 tons-refrigerant
- BAS systems include: Allerton envision, NET 2000 and TAC Vista 4.5
- BHS controls Allen Bradley device net/control net operation and functionality slick-500 and slick-5000,BMA and scan arrays programs
- 23 aircraft potable water cabinet
- 4 aircraft waste triturators
- U.S. Custom terminal maintenance

### Work Experience
### Lead station Engineer 2/15/99-4/9/02
A.B.M Engineering, J.C.K Federal building, Downtown Chicago

- Responsible for duties of an engineer in a ISO-9002 atmosphere
- Operated and maintained all secondary & primary pumps
- Overseen all rebuilds and replacement of equipment
- Start building heating and cooling system for proper operation day-to-day
- Worked on Alerton,Cercon DDC systems, made all repairs and programming
- 45 Andover VAV boxes

### Lead station Engineer 2/15/99-4/9/2002
A.B.M Engineering, J.C.K Federal building, Downtown Chicago

Continue
- Operated and maintained 28 air handler system with variable speed systems
- Started chemical station for cooling Towers and all water treatment logs
- Operated a Simons fire alarm system
- Help write all PM programs for equipment

### Service Technician Installer 6/6/93-2/10/99
Hollub Heating and Cooling, Downtown Chicago

- Training new employees in the field of HVAC
- Oversaw proper installation of types of steam and hot water systems
- Make sure sales and contracts were properly executed
- Responsible for a large amount of cash for all C.O.D contracts
- Service and install all types of power flame burners
- Install and maintain all types of VAV, air handler, pumps, make up feed systems, controls, and wiring
- Maintain and install all types of liebert units
- Worked on oil burners and older types of HVAC equipment

**License\Education**

- City of Chicago Stationary Engineer License #EN11327
- EPA, CFC Universal License #2253476
- OSHA 10-hour Occupational Safety
- Homeland Security Preparedness
- Rockwell Automation Logix 5000
- The Color of Heat, Peerless Co
- Steam Heating, Mid Lakes Distributors
- Compressor Courses, TEC
- Forced Air System, TEC
- Safety Operations, TEC
- Generator Operation, Association of Chicago
- Licensed CDL class B driver
- Basic Boiler Operation, Triton College
- Advance DDC Controls, Triton College
- Basic Electricity, Triton College
- Automation, Direct Digital and Pneumatic Controls, Triton College
- Refrigeration and Air Conditioning- Class II, Triton College
- Completing a AS degree in building Engineering at College of Dupage

CONFIDENTIAL



Home: 
Cell:
E-MAIL

*Objective:*
 I am looking to expand my knowledge as I grow in my career. I will provide a safe productive and efficient working environment with my diverse work history.

*Professional History:*
*Work Experience*
**UIC University of Illinois at Chicago**
**Assistant Chief Engineer 4/4/11- Present**

- Day to day operation of all service calls for HVAC Equipment.
- Follow orders given from Chief of engineering.
- Instrumental in getting work orders to the proper trades for repairs.
- Repaired various types of HVAC equipment located on East and West campus.
- Daily temperature change to all VAV boxes with pneumatic and DDC controls.
- Responding to fire systems and safety calls to the proper crews for action.
- Handing out all readings and rounds of all electrical gas and cold water supply to engineers.
- Daily entering of payroll and time sheet into log books and day off log.
- Worked with all Engineers and building crews to gain knowledge of operation of equipment.
- Work with trades on repairs of high temp converts, medium temp equipment and steam PRV stations.
- Calibrated and monitored all aspects of building equipment pneumatic and DDC.
- Daily ordering of parts and equipment for jobs and stock.
- Responsible for outside building to ensure safe clean and efficient operation.
- Repaired and trouble shoot all failures to heating and cooling equipment on campus.

**Senior Chief Engineer 4/10/02- 4/1/11**
Professional Business Providers, Midway Airport, Chicago

Responsible for maintenance operation, general day-to-day workload, aircraft gate striping, potable water equipment, ground power equipment, triturator equipment, flight information, electric MCP panels, pre-conditioned air equipment, baggage handling equipment, passenger loading bridges, training and development of a maintenance staff consisting of twenty-eight mechanics, five encoders and six dispatchers

**Equipment responsibilities include:**

- A PLC based baggage handling system totaling 2.5 linear miles of conveyor with over 1500 3-phase motors, gearboxes and 500 variable frequency drives

- 43 PLC based passenger-loading bridges
- 5-400-hertz generators totaling 1900 kva and output of 578volt at 400hz
- Trane model RTHC screw chillers totaling 900 tons-refrigeration 134a
- 43 high volume, high velocity air-handlers
- Carrier model 30RB 150 rooftop scroll chillers totaling 450 tons-refrigerant
- BAS systems include: Allerton envision, NET 2000 and TAC Vista 4.5
- BHS controls Allen Bradley device net/control net operation and functionality slick-500 and slick-5000, BMA and scan arrays programs
- 23 aircraft potable water cabinet
- 4 aircraft waste triturators
- U.S. Custom terminal maintenance

*Work Experience*
**Lead station Engineer 2/15/99-4/9/02**
A.B.M Engineering, J.C.K Federal building, Downtown Chicago

- Responsible for duties of an engineer in a ISO-9002 atmosphere.
- Operated and maintained all secondary & primary pumps.
- Overseen all rebuilds and replacement of equipment.
- Start building heating and cooling system for proper operation day-to-day.
- Worked on Alerton,Cercon DDC systems, made all repairs and programming.
- 45 Andover VAV boxes
- Operated and maintained 28 air handler systems with variable speed systems.
- Started chemical station for cooling towers and all water treatment logs.
- Operated a Simons fire alarm system.
- Help write all PM programs for equipment.


**Service Technician Installer 6/6/93-2/10/99**
Hollub Heating and Cooling, Downtown Chicago

- Training new employees in the field of HVAC.
- Oversaw proper installation of types of steam and hot water systems.
- Make sure sales and contracts were properly executed.
- Responsible for a large amount of cash for all C.O.D contracts.
- Serviced and installed all types of power flame burners.
- Installed and maintained all types of VAV, air handler, pumps, make up feed systems, controls, and wiring.
- Maintained and installed all types of Liebert units.
- Worked on oil burners and older types of HVAC equipment.

**License\Education**

- City of Chicago Stationary Engineer License #EN11327
- EPA, CFC Universal License #2253476
- OSHA 10-hour Occupational Safety
- Homeland Security Preparedness
- Rockwell Automation Logix 5000
- The Color of Heat, Peerless Co
- Steam Heating, Mid Lakes Distributors
- Compressor Courses, TEC
- Forced Air System, TEC
- Safety Operations, TEC
- Generator Operation, Association of Chicago
- Licensed CDL class B driver
- Basic Boiler Operation, Triton College
- Advance DDC Controls, Triton College
- Basic Electricity, Triton College
- Automation, Direct Digital and Pneumatic Controls, Triton College
- Refrigeration and Air Conditioning- Class II, Triton College
- Completing a AS degree in Building Engineering at College of DuPage



COMMUNITY RESPONSE
CENTER
[illegible]

CIVIC CENTER
[illegible]
Downers Grove
Illinois [illegible]
[illegible]
[illegible]
FAX [illegible]

FIRE DEPARTMENT
ADMINISTRATION
[illegible] Main Street
Downers Grove
Illinois 60515-4834
[illegible]
FAX 630 434 5698

POLICE DEPARTMENT
[illegible] Avenue
Downers Grove
Illinois 60515-4747
[illegible]
FAX 630 434 5690

PUBLIC WORKS
DEPARTMENT
[illegible] Avenue
Downers Grove
Illinois [illegible]
[illegible]
FAX 630 434 5449

December 22, 2015

To Whom It May Concern:

Anthony Civito has served on the Village of Downers Grove Stormwater & Flood Plain Oversight Committee since December, 2013.

The Committee is scheduled to meet on the second Tuesday of each month. This Committee has the power to hear appeals from decisions of the Village Manager relative to the Stormwater Utility Fee; to hear appeals from any decision made by the Stormwater Administrator in the enforcement of the Stormwater and Flood Plain Ordinance; to make recommendations concerning proposed variations from requirements of the Stormwater and Flood Plain Ordinance and concerning proposed amendments to such ordinance.

Anthony's dedication to this position are greatly appreciated.

Sincerely,

Karen Daulton Lange, PE, CFM
Village Engineer / Stormwater Administrator

CONFIDENTIAL

A.B.M. Engineering
J.C.K. Federal Building
230 South Dearborn St.
Chicago, Illinois

Lead Station Engineer  2/15/1999 – 4/9/2002

      Started my Station Engineering career as a building engineer at the JCK Federal Building. We were the first sub contractors for GSA at 230 S. Dearborn. The building was in poor operating conditions when we took over. We converted the building into an ISO 9002 operation and learned how to work with government contracts. The chief engineer and I walked through all mechanical areas and performed maintenance reports on major repairs. I worked on writing all PM schedules for all types of HVAC and plumbing equipment. We performed all mechanical repairs and set work for other engineers to perform on their shifts. We had to set up all schedules and chemical feeds for towers that were in poor operating conditions. We spent days and weeks freeing up pneumatic control valves and removing oil from pneumatic lines. I performed service on all air-handling units for proper damper and discharge temperatures. We power washed coils, repaired pneumatic controls and circulating pumps that were missing or having bad couplings or leaking bearing assemblies. I also set up crews for repairs and did safety training to show them how to repair and replace heating and cooling coils safely. We set up training to explain how to re-key and repair all building locks. Working at the Federal Building was a way to show my knowledge of keeping everything in house and save on costs from hiring outside contractors.

We repaired and maintained all aspects of the Federal Building plumbing, heating and cooling systems. As my hard work and ambition to learn grew, the chief engineer requested ABM and GSA to allow me to work as a special project engineer and was given the title of Lead Engineer. This allowed for structure and good work ethics with all other engineers. It was a way for other engineers on staff to call me if they had a problem and work with them over the phone. It was a great experience to start a new operation and get involved with all aspects of station engineering. All other GSA building managers gave us great reviews. I had the opportunity to attend meetings and work out budget problems and find ways to keep all heating and cooling equipment running efficiently. We transformed the JCK Federal Building into a great operating building where tenants were always pleased with our prompt response to their issues and concerns.

Hollub Heating
1041 W. Jackson Blvd.
Chicago, Illinois
312-829-8000

Mid-Lakes Distributing
1029-37 W. Adams St.
Chicago, Illinois
312-733-1033

## Service Technician and Installer 6/6/1993 – 2/10/1999

I started my career with Hollub Heating as a helper and part runner and finished
as a Senior Technician. As a helper I had the chance to work with all senior service
technicians. I started cleaning floors and picking up pipe and equipment from large boiler
install jobs. I was given odd end jobs cleaning and repairing parts and windows A/C
units. While working at the shop I had the chance to repair and rebuild all type of burners
and heating equipment. As I proved to Mike Hollub, the owner of the company, that I
was a hard worker with ambitions to do more everyday; he allowed me to work out of the
shop spare van and do the summer time tower and coil cleaning. I also did summer and
winter start ups for all contracts on the North Shore large commercial buildings. I had the
chance to work with Larry Maroff who is the Heat-Timer representative for Mid-Lakes. I
installed and started up large control installs and ice melt controls.

As my knowledge and trust grew with the company, Mike Hollub gave me my
first service truck and had me service the jobs on the west side of Chicago. I enjoyed the
challenge and had a good exposure to all types of new and very old equipment. I did all
the repairs on Economite oil burners and gas fired burners. I installed commercial type
boilers for steam and hot water. As the market started changing, people started installing
forced air units for heating and cooling. I serviced and installed all types of heating and
cooling equipment for residential and commercial. Mike Hollub expanded my service
area and install route to the north side of Chicago and Northern Suburbs.

I was given a new truck and a permanent helper. There were clients who would
ask for me specifically for their services, proving Mike Hollub that I was a hard worker
who people trusted. I would go out and size new installs and had crews set up for removal
of old boilers and start new installations of G-28 type boilers. I took care of all crane
operations we had set up for large rooftop installs. I worked with the boiler welding crew
and install of all controls on new boilers. I had a good working relationship with building
owners and stationary engineers. I had good hard working ethics that made the company
satisfied with my performance.

BOARD-395

Midway Airport

5500 S. Cicero

Chicago, IL 60632

<u>Chief Engineer of Operation 4/8/2002 - 4/1/2011</u>

Started working at Midway airport on April 8, 2002 as a Head Stationary Engineer. The task was to start up an operation for service and maintenance of airport equipment. This was the first consortium set up for airport equipment at Midway airport. I commissioned a preventative maintenance program and a training box talk for new employees and current employees. I used my past experience with equipment operation and applied it to Midways' vast variety of equipment. The team consisted of one Senior Head Engineer, two Operating Engineers, four dispatchers and seven mechanics. After my training period the airport consortium promoted me to the position Chief Head Engineer, which allowed me to work closer with all identities that run Midway airport.

I worked with all airlines and City of Chicago management officials on all aspects of airport operations and quality control on a daily basis. I also worked with all outside contractors on proposals and new build out of equipment. I was instrumental on papering reports to inform all managers of issues with all equipment. The reports were for equipment failure and employee service and budgeting issues. Due to the sensitivity of the consortium I was used as a middle person for all labor and hire agreements. Signed and approved new employees for background checks and drug screening and also was in charge of employee terminations, write-ups and grievance proceedings. Used MP2 software to track inventory and budgeting cost centers to maintain costs of operating facility and equipment at midway airport. As time went on the operation grew to forty-three mechanics, eight dispatchers, three operating engineers, three assistant engineers, seven bag runners, four jammers and six mechanical scanners.

I worked with union and management groups to approve budgeting for employee training. The goal was to create a skill trade at Midway airport in the environment of airport equipment. Having a system of skilled trade trained employees was a key function, it gave us the opportunity to promote ourselves and bid on other contracts. Midway was the first consortium that AvAirPros started and they are now creating airport consortiums around the world. This was a new successful trend in airport operation. I gained a great amount knowledge and experience on management and working with EEOC type of issues during those years.

BOARD-396

Assistant Chief Engineer: Anthony Civito

- I started working for UIC April 1, 2011 as an Operating Engineer. I used my knowledge and experience to help my fellow engineers repair and maintain their buildings on the East campus. I worked with assistant chief engineers daily on heating and cooling repairs to ensure proper operation of equipment. We worked together to address problems with equipment and did our best to correct them in a timely manner. I had the privilege of becoming an Assistant Chief of Operations on July 23, 2012; this allowed me to use my knowledge and experience with all engineers and helped them get trained on DDC controls. I believe training is the key to success, I will provide a safe and productive environment as I grow here at University of Illinois.

My duties as an Assistant Chief:

- Help ensure regulatory compliance to facility regulations and safety standards.
- Inspect building equipment for unsafe or malfunctioning conditions.
- Conduct periodic general preventative maintenance on the mechanical, electrical, HVAC, and plumbing systems. This involves normal lubrication, adjustment, cleaning, replacement of consumable parts (such as filters, indicator lights, etc.), and periodic testing of the equipment. These systems include, but are not limited to; air handling units (including both rooftop and built-up units), re-circulating air systems, water pumping systems, cooling plant and all plumbing system components.
- Assisted the Chief Engineer with installation and modification of building equipment systems.
- Respond quickly to emergency situations and dispatch of personal.
- Work with in house trades to oversee electrical and plumbing repair and troubleshooting.
- Perform and/or oversee water treatment and testing.
- Assigned work to ensure the safety of the building's tenants and the continuous operation of the site.
- Prioritize service calls and follow-up upon completion.
- Troubleshoot, evaluate and recommend equipment/service upgrades
- Coordinate maintenance efforts with outside contractors and technicians when work cannot be performed in-house. Coordinate contractor, tenant and management approvals for work orders that require the use of an outside contractor. Maintains log of work order details.
- Orders parts and supplies as required, and maintain stock and inventory control.
- Work with building managers and department heads with complaints and repairs.
- Be responsive to tenant complaints in the areas of safety, plumbing, mechanical, electrical and environmental needs through both personal contact and work order systems.
- Prepare and maintain maintenance logs and records for other engineers and Assistant chiefs.
- Worked with the Chief Engineer and followed all written operating procedures.
- Ensured the cleanliness and appearance of all work areas.

- Assist with installation and modification of building equipment systems.
- Respond to operation needs and scheduling trades for emergency repairs.
- Perform and/or oversee electrical and plumbing repair and troubleshooting.
- Perform and/or oversee calibration of cooling and heating controls.
- Perform all assigned work so as to ensure the safety of the building's tenants and the continuous operation of the site.
- Troubleshoot, evaluate and recommend equipment/service upgrades
- Coordinate repairs and follow up calls with zone managers and weekend coordinator.
- Be familiar with and conform to all written operating procedures associated with site.
- Ensure the cleanliness and appearance of all work areas
- Conducted training with all engineers on equipment controls.
- Conduct periodic walks to check preventative maintenance on the mechanical, electrical, HVAC, and plumbing systems.
- Respond quickly to emergency situations called in all necessary identities to handle the issue.
- Log and dispatch staff and students' complaints in the areas of safety, plumbing, mechanical, electrical and environmental needs through both personal contact and work order systems.
- Prepare pictures and reports for meeting so managers would have a visual look at failures and repairs.
- Worked on FM web and FAMIS for all UIC operation
- Walked and performed quality checks on outside contractor repair to insure work was completed properly and in a timely manner.

BUILDING 940 REPAIRS

We faced a stop-work order in building 940. I worked with Shawn Riley and the building manager to come up with a plan to repair and bring the building back together into operating mode.

Below is what has been done to control the building with minor repairs;

1.      I had the machinist slow down AHU #1 and AHU #6 by blocking off half the intake.

This should stop flex duct from blowing off of dual deck boxes. We had the machinists order and install vents to the hot decks. This should help heat the mechanical areas in the cold pent-house. The machinists were able to complete this project in two days.

2.      Scheduled the pipe fitter to install control valves on all hot decks  (AHU #6, #3. #7)

- Install valves back into hot deck coils AHU #3 North-South.
- Removed circuit setter that was installed by contractors and welded new flanges for control of hot deck to AHU #6 and #7.
- Installed controls to inlet dampers for AHU #7, this will allow us to slow down the fan.
- Installed mixing controls and hot deck controls on AHU #6, #3, #7.
- Adjusted heat exchanger controls in penthouse and basement unit.

3.      During the week we found that contractors piped the medical air improperly, which allowed water to condense into the control system and fill our building controls with water. We had pipefitters repair the problem and engineers removed water from every T-stat.

4.      Created a list of all damaged flex ducts and all other issues related to the stop work.

5.      Engineering department repaired two spare air compressors to put back on line to control T-stats.

BOARD-783



BOARD-784



BOARD-785



BOARD-786



BOARD-787



BOARD-788



BOARD-789



BOARD-790



BOARD-791



BOARD-792



BOARD-793



BOARD-794



BOARD-795



BOARD-796



BOARD-797



BOARD-798



BOARD-799



BOARD-800

# WORKING WITH AUTOMATRIX COMPUTER AND SOFTWARE

**Logging on and making set point changes from building 611 and local stations:**

**1**



Double left click on building you would like to look at, in this example we picked building 642.

If using computer at the building, this might be different:

Find the folder or Icon to start the connection with the AutoMatrix software, or front-end.

BOARD-802

**. 2** This is for remote connection from 611 office only



- Verify that you are logging into the correct building.  In this example I picked building 642.

- The remote number that the computer dials for building 642 is 3-4479

- To modify the number, you can click on modify and update the parameters or add a different number to check the connection behind the refrigerator.

The next page will give you an idea how the connection takes place with the 611 computer



**1.** on connection computer 611 building



**2.** Step Laptop dialing out to the AutoMatrix card



3rd call coming into number 3-4479 in building 642 (must be working line)

BOARD-804



- In line card  connector for the AutoMatrix landline card located on the side on main box in each building to connect remotely



**3** After a successful connection, you would be prompted to enter you user Identification:

Building 642 login is: **Eng**          pass word is: **699**

- Type in  Eng then press enter

BOARD-805



4. Type in password 699 and press enter the 699 will not show on screen but enter must be pressed to continue onto the next step.



5. After correctly typing in password you are connected to the main Key. At this point the Sage software recognizes letters to continue to the next folders. Key A-V subfolders - we will only use M (Monitor/Change point)



- Type in M – M

**You might be requested to type in M two times, after typing in M press enter**



6. Type in A for AHU view, this will open another folder. At this point this will be the main for checking the equipment in the building. In this example we picked A and pressed enter.

BOARD-808



**7.** After picking A = Air Handler group  we are connected to all AHU in building

Explanation:

C-I    will show you each AHU temps and all inputs/set points

J-K    is AHU groups helping you split the building floors up into 2 groups (lower/upper)

M–    Will take you back to the Main menu at the start

N-O   Is your heating groups points split up into 2 groups

P–     Are current alarms and history

8. We picked C and pressed enter. Next folder shows you all input points only.



Sub Basement AHU

B-D is current temps that are shown in this folder, they are input points only and cannot be changed by clicking on B-D you will only get the parameters of that input point.

- To make changes to any point like raising or lowering set point we need to go to the next folder which is L- **Sub Fan Status and alarm group**, this folder allows us to see all points in the SB fan controller.



**9.** This folder is the main Input folder that will show you all main points for the sub basement controller.

- To make any temperature adjustment on AHU you need to click on L- and press enter

This will take you to the folder that has all adjustable points



**10** This is the folder where you can make changes to the Discharge Set point in summer or winter mode.

- Click on F and press enter, you will get the current temp at the bottom of the screen.



**11**. At the bottom of your screen you will see the current set point and to the right of that you will see"set point" and a flashing asterisk. Before you enter a new set point an equal sign must be used stating you are changing a set point to a new number.

- In this example we changed current set point of 62.0 to new equal set point of 61.0

It should be typed like this

= 61 and press enter. Do the change two times to make sure the computer takes the new numbers.



Press Q to log out of system, this will help use remote to the computer from 611

After changes have been made and double checked you could press ESC and enter. It will take you to the main folder.

You should always log off of any computer as a good practice press Q and enter

If you have any questions or need further assistance please do not hesitate to contact me.

Thank you,

Anthony Civito

# Training & Discussion on 400hz

* The 400hz system is split up into different operating system. The first part is the centralized generators. The centralized generator's are located in the A concourse and B concourse. The prime function of the centralized generator is to convert utility power at 480v, 3 phases, 60 Hz to the end product at all Service gates at 575 volt, 3phase, and 400hz.

* The MG or generator is split into two parts the upper part being the 480volts 3ph 60hz power motor. The lower part is the generator which converts utility power to 575volts 3phase 400hz that feeds main switchgear distribution breakers. All distribution breakers are labeled with service gate Cabinets letter and number. This is the main point for our lock out tag out system that is in place for use.

* The 575volts at 400hz gets distributed to each 90kva gate Service cabinet located on each Passenger loading bridge via panagraph.

* The Service cabinet is used to step down 575volts 3 phase 400hz from the centralized generators switchgear to 110/118volt 400hz single out put cable to. Cable pins are labeled as followed phase A/B/C/N / E/F

* The Service cabinet is designed to notify operators of faults. This is achieved by using a PLC called an A1 board. The A1 board is the brains and safety behind a smooth operating system. The function of the A1 board is to monitor output voltage unbalance load and to check E&F connection between Aircraft and Service Cabinet

* Explanation of above

BOARD-816

## Centralized MG Room and generator (Motor Generator)

The MG or Motor Generator rooms are located in the A concourse and the B **concourse** .The MG located in the A-concourse feeds power to A concourse and C concourse. The B MG feeds generated power only to the B concourse gates.

The centralized room in the **A** concourse holds two RVA64-300-5p units

Input Voltage        480v, 3phase delta, 60 Hz
Output Voltage       575v ,3 phase wye, 400 Hz
                     Vertical synchronous ,1200 rpm
300/375 KVA          Parallel  2250 KVA
All units have Parallel  capability

The centralized room in the **B** concourse holds three  RVA64-250-5p units ,Two units are paralleled  at all times the third MG is for stand by

Input Voltage        480v,3phase delta,60 Hz block 4
Output Voltage       575v ,3 phase wye, 400 Hz
                     Vertical synchronous ,1200 rpm
300/375 KVA          Parallel  2250 KVA
All units have Parallel capability

The MG are in operation 24 hours a day 7 days a week .We have routine maintenance scheduled with MP2 .The area is tempered with Exhaust fans and fresh air dampers only. Entering the MG area requires ear protection to be worn at all times.

Note: MG located in A concourse are being upgraded to new front control power panels. To match the MG located in B concourse.

C gates carry a 28volt DC self-contained units strictly used for RJ type aircraft.

CONFIDENTIAL

# The Service Cabinet

The Service Cabinet are located on all  Passenger Loading Bridge

Model Number          ASC51-901
Part Number           1005018102

Input Voltage         575V, 3 phase, 3-wire, 400Hz
Output Voltage        115/200V, 3 phase, wye 4 wire
Total Rating          72 kw / 90 KVA

The main power to the service cabinet is protected with a shunt style fused breaker .The cabinet also has a line drop compensator installed. This is used to induct voltage in the cable and service cabinet as needed. The first step in using ground power is to connecting ground power  cable to Aircraft. The supply of 400HZ power vi output contactor is operated by ramp employee. This is achieved by pressing the green start button on the push-button station located on PLB lift columns. If the Cable is connected properly to Aircraft and all pins are secure. The E/F signal is proved by using 28 volts DC power from Aircraft to the A1 board at all times. This is the main link between Aircraft and Service Cable output contactor .If at any time the 28-volt supply power is interrupted to A1 board from Aircraft .The A1 board will open the output contactor and a red fault light will show on push-button station.

Note: A4A and A4B have self-contained solid-state units located under PLB. The FCX units are self contain and also have fault protection and a microprocessor for safe operation

Cables Heads:  400hz cables are set up as 3 phase pins and 2 E/F pins. Phase pins are used to deliver power at 115v 400HZ .The E/F circuit is used to verify proper connection to Aircraft.  Phase pins are labeled as A,B,C,and N the  N phase is used to supply a Neutral line to Aircraft  and Service Cabinet .

Cable Heads and cable take a lot of abuse a from Daily operation out on ramp .The heads that we use are purchased from US air motive and they are rebuild able style Heads. This style head can be worked repaired on ramp or shop. All major head repairs are done is shop and are inspecting and relabeled for tracking.

**Passenger Loading Bridge (PLB) Training Agenda**
**Day 1**

Introductions:

PLB Basics:
    PLB, PBB, Jetway
    2 Main manufactures (TKAS and Jetway)

    PLB Purpose: To allow passenger to board aircraft

    Major component familiarization (See Drawing)

    Functionality: Varies between bridge models / manufacturers
        Apron Drive
        Vertical Drive - Can be hydraulic, pneumatic, or screw
        Cab Rotate
        Cab Extension
        Fixed base

    Safety Features:
        Visual and Audible alarms and indicators
        Limit Switches
            Cab Rotate
            Swing Limits
            Canopy Extended
        Auto-Leveler
        Lighting
        Handrails
        Floor Markings / Signage

    Other:
        Power / Control Panels
        Introduction to PLC Controls

PLB Walkthrough:
    Major Component familiarization review
    Functionality review & demonstration
    Safety feature review & demonstration

BOARD-819

**Passenger Loading Bridge (PLB) Training Agenda**
**Day 2**

PLB Maintenance:
    Preventive Maintenance Program
    Winter Operations

Common Maintenance Calls:
    PLB on limits
    Damaged canopy strap
    Bent canopy arm

Common Maintenance Problems:
    Seized tires
    High winds

Maintenance Troubleshooting:

Tools:
    Wiggy
    Nitrogen set up

Maintenance safety:

Documentation:
    Obtain OEM Manual, electrical prints, & spare parts list
    Possible Re-wiring

CONFIDENTIAL

Training Part day one

Introduction

- Introduce myself explain my back ground and some history of Airport operation at mid way
- Have everyone explain their back ground and work experience


PLB basic function

- Explain abbreviations & names for PLB,, PLB,PBB, Jet way ,Jet bridge ,Gates
- Construction material how its mounted to building.. EXC
- The main purpose of the PLB
- How the tunnels work and were the operator stands
- Explain cab curtain and how it works
- Explain the canopy and the purpose

Explain outdoor problems

- PLB are not sealed housing
- Explain water drainage weather sealant
- How important it is to cover up rust and remove excess grease (dirt)
- Look for leaks and damage stripping and also caulking
- Bird nest and damage caused from water laying in low areas
- Looking for a way to remove water from top of bridge or any were water can sit and freezing up .drill weep holes get water to drain
- Look for damage due to sun and weather ,not only metal parts but windows and mirrors
- Hoses ,metal parts, tire ,wiring and plastic will break down in the out doors

Explain inside problems

- Constructed, Paneling ,carpet ,metal transitioning plate,
- Lighting and safety lighting power back up or battery ballast
- Carpet trip hazards pinch points missing or broken parts
- Check functionality of all parts test all equipment
- Winter check list for frozen door handles, snow on floor and check all ice melt equipment
- Luggage chute and all functioning parts
- Think ahead for problems a gate agent might run into
- Repair straps and known equipment to fail  before it brakes
- Always think proactive

# UNIVERSITY OF ILLINOIS
URBANA-CHAMPAIGN • CHICAGO • SPRINGFIELD

**D A R T**

**APPLICATIONS**

Create NH/
Change Empl
Group Logon

Dept Profile

ER Card

Job Postings

PAPE

Reclass

Retrieve CS
Resume

Separation

Contacts

Leave DART

## Register for Training Class

*Please enter the information below. Fields marked with * are required.*

**Class Title:** Managing for Accountability: Assigning Work and Delegating Successfully

**Class Type:** In Person

**Description:** This three-hour instructor-led course focuses on assisting managers and supervisors to hold themself and others accountable to support the achievement of goals and expectations. This interactive session discusses how to set SMART expectations, identify techniques to assign work according to needs, and delegate appropriately. We will identify ways to troubleshoot delegated assignments to help your staff achieve expected goals.

**Campus:** Chicago

**Location:** 715 S. Wood Street

**Date:** 09/11/13

**Start Time:** 1:30 PM

**End Time:** 4:30 PM

**Fee:** $0

**Class Title:** LEADERSHIP ESSENTIALS

**Class Type:** In Person

**Description:** Two-day (held two consecutive Tuesdays or Wednesdays) active learning workshop for new managers/supervisors or those experiencing challenges in their role. Highly participative activities including a work style assessment, maximizing your effectiveness, communicating with employees and application of key UIC Human Resource policies and procedures. Walk away with great tools for managing your team effectively. *Added value; it's an opportunity to share best practices and network with UIC colleagues.

**Campus:** Chicago

**Location:** 715 South Wood Street, Rm 205

**Date:** 09/18/13 - 09/25/13

BOARD-823

| | |
|---|---|
| Start Time: | 9:00 AM |
| End Time: | 5:00 PM |
| Fee: | $200.00 |

| | |
|---|---|
| Class Title: | Customer Service Fundamentals |
| Class Type: | In Person |
| Description: | Even the smallest of actions can make or break a customer service transaction. It is easy to think of a time when we received poor customer service and a time when the interaction made us smile. In this interactive instructor-led course we explore facts and figures on how customer service can impact the success of an organization, who are the customers UIC serves and what can be done to improve daily interactions to result in exceptional customer service. This course is part of the Core Professional Development program under the UIC competency Customer Service. |
| Campus: | Chicago |
| Location: | 715 South wood Street, Rm 205 |
| Date: | 09/19/13 |
| Start Time: | 9:30 AM |
| End Time: | 12:30 PM |
| Fee: | $0 |

| | |
|---|---|
| Class Title: | Customer Service Fundamentals |
| Class Type: | In Person |
| Description: | Even the smallest of actions can make or break a customer service transaction. It is easy to think of a time when we received poor customer service and a time when the interaction made us smile. In this interactive instructor-led course we explore facts and figures on how customer service can impact the success of an organization, who are the customers UIC serves and what can be done to improve daily interactions to result in exceptional customer service. This course is part of the Core Professional Development program under the UIC competency Customer Service. |
| Campus: | Chicago |
| Location: | 715 S. Wood Street |
| Date: | 10/09/13 |
| Start Time: | 1:30 PM |
| End Time: | 4:30 PM |
| Fee: | $0 |

| | |
|---|---|
| Class Title: | Getting Things Done |
| Class Type: | In Person |
| | Time Management is a skill that supports Accountability. This course highlights every day actions to make you |

CONFIDENTIAL

| | |
|---|---|
| **Description:** | more effective at work and help your day run more smoothly. Create habits to increase effeciency and focus, design well-contructed goals, track progress, and keep focus on important activities. |
| **Campus:** | Chicago |
| **Location:** | 715 S. Wood Street |
| **Date:** | 10/10/13 |
| **Start Time:** | 9:30 AM |
| **End Time:** | 12:30 PM |
| **Fee:** | $0 |

| | |
|---|---|
| **Class Title:** | Results Oriented Communication |
| **Class Type:** | In Person |
| **Description:** | This half-day instructor-led course is designed to provide tools and techniques to encourage communication that will position managers to achieve results in the workplace. During this session, building credibility, delivering clear and concise guidance to teams and focusing on the end goal before crafting messages will be explored. |
| **Campus:** | Chicago |
| **Location:** | 715 S. Wood Street |
| **Date:** | 10/15/13 |
| **Start Time:** | 9:30 AM |
| **End Time:** | 12:30 PM |
| **Fee:** | $0 |

| | |
|---|---|
| **Class Title:** | Managing for Accountability: Assigning Work and Delegating Successfully |
| **Class Type:** | In Person |
| **Description:** | This three-hour instructor-led course focuses on assisting managers and supervisors to hold themself and others accountable to support the achievement of goals and expectations. This interactive session discusses how to set SMART expectations, identify techniques to assign work according to needs, and delegate appropriately. We will identify ways to troubleshoot delegated assignments to help your staff achieve expected goals. |
| **Campus:** | Chicago |
| **Location:** | 715 S. Wood Street |
| **Date:** | 10/18/13 |
| **Start Time:** | 9:30 AM |
| **End Time:** | 12:30 PM |
| **Fee:** | $0 |

CONFIDENTIAL

BOARD-825

Last Name:              Civito

First Name:             Anthony

Department:

Campus Affiliation:     Urbana-Champaign

Phone Number:           3127199449          *Enter area code and phone number using numbers only (e.g. 5554131212).

Email Address:          avcivito@uic.edu

C-FOAP for fee:

Submit          Exit

CONFIDENTIAL

BOARD-826

Training                                                                  Page 1 of 3

# UNIVERSITY OF ILLINOIS
U R B A N A · C H A M P A I G N · C H I C A G O · S P R I N G F I E L D

Home

Admin Transactions | Training

Home >

**D A R T**

---

**APPLICATIONS**

Create NH/
Change Empl
Group Logon

Dept Profile

ER Card

Job Postings

PAPE

Reclass

Retrieve CS
Resume

Separation

---

Contacts

Leave DART

---

## Registration Confirmed

You have registered for the following training classes:

| | |
|---|---|
| **Class Title:** | Managing for Accountability: Assigning Work and Delegating Successfully |
| **Description:** | This three-hour instructor-led course focuses on assisting managers and supervisors to hold themself and others accountable to support the achievement of goals and expectations. This interactive session discusses how to set SMART expectations, identify techniques to assign work according to needs, and delegate appropriately. We will identify ways to troubleshoot delegated assignments to help your staff achieve expected goals. |
| **Campus:** | Chicago |
| **Location:** | 715 S. Wood Street |
| **Date:** | 09/11/13 |
| **Start Time:** | 1:30 PM |
| **End Time:** | 4:30 PM |

| | |
|---|---|
| **Class Title:** | LEADERSHIP ESSENTIALS |
| **Description:** | Two-day (held two consecutive Tuesdays or Wednesdays) active learning workshop for new managers/supervisors or those experiencing challenges in their role. Highly participative activities including a work style assessment, maximizing your effectiveness, communicating with employees and application of key UIC Human Resource policies and procedures. Walk away with great tools for managing your team effectively. *Added value; it's an opportunity to share best practices and network with UIC colleagues. |
| **Campus:** | Chicago |
| **Location:** | 715 South Wood Street, Rm 205 |
| **Date:** | 09/18/13 - 09/25/13 |
| **Start Time:** | 9:00 AM |
| **End Time:** | 5:00 PM |

CONFIDENTIAL

| | |
|---|---|
| Class Title: | Customer Service Fundamentals |
| Description: | Even the smallest of actions can make or break a customer service transaction. It is easy to think of a time when we received poor customer service and a time when the interaction made us smile. In this interactive instructor-led course we explore facts and figures on how customer service can impact the success of an organization, who are the customers UIC serves and what can be done to improve daily interactions to result in exceptional customer service. This course is part of the Core Professional Development program under the UIC competency Customer Service. |
| Campus: | Chicago |
| Location: | 715 South wood Street, Rm 205 |
| Date: | 09/19/13 |
| Start Time: | 9:30 AM |
| End Time: | 12:30 PM |

| | |
|---|---|
| Class Title: | Customer Service Fundamentals |
| Description: | Even the smallest of actions can make or break a customer service transaction. It is easy to think of a time when we received poor customer service and a time when the interaction made us smile. In this interactive instructor-led course we explore facts and figures on how customer service can impact the success of an organization, who are the customers UIC serves and what can be done to improve daily interactions to result in exceptional customer service. This course is part of the Core Professional Development program under the UIC competency Customer Service. |
| Campus: | Chicago |
| Location: | 715 S. Wood Street |
| Date: | 10/09/13 |
| Start Time: | 1:30 PM |
| End Time: | 4:30 PM |

| | |
|---|---|
| Class Title: | Getting Things Done |
| Description: | Time Management is a skill that supports Accountability. This course highlights every day actions to make you more effective at work and help your day run more smoothly. Create habits to increase effeciency and focus, design well-contructed goals, track progress, and keep focus on important activities. |
| Campus: | Chicago |
| Location: | 715 S. Wood Street |
| Date: | 10/10/13 |
| Start Time: | 9:30 AM |
| End Time: | 12:30 PM |

| | |
|---|---|
| **Class Title:** | Results Oriented Communication |
| **Description:** | This half-day instructor-led course is designed to provide tools and techniques to encourage communication that will position managers to achieve results in the workplace. During this session, building credibility, delivering clear and concise guidance to teams and focusing on the end goal before crafting messages will be explored. |
| **Campus:** | Chicago |
| **Location:** | 715 S. Wood Street |
| **Date:** | 10/15/13 |
| **Start Time:** | 9:30 AM |
| **End Time:** | 12:30 PM |

| | |
|---|---|
| **Class Title:** | Managing for Accountability: Assigning Work and Delegating Successfully |
| **Description:** | This three-hour instructor-led course focuses on assisting managers and supervisors to hold themself and others accountable to support the achievement of goals and expectations. This interactive session discusses how to set SMART expectations, identify techniques to assign work according to needs, and delegate appropriately. We will identify ways to troubleshoot delegated assignments to help your staff achieve expected goals. |
| **Campus:** | Chicago |
| **Location:** | 715 S. Wood Street |
| **Date:** | 10/18/13 |
| **Start Time:** | 9:30 AM |
| **End Time:** | 12:30 PM |

Exit

BOARD-829